Jeffrey D. Horowitz, Esq. SBN 150012
**THE HOROWITZ LAW FIRM**
14156 Magnolia Boulevard, Suite 200
Sherman Oaks, CA 91423
(818) 907-8000 (telephone)
(818) 784-5406 (facsimile)
E-mail: jeff@jdhorowitzlaw.com

Attorney for Defendant, ALLSTATE ENGINEERING

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of AJ ACOSTA COMPANY, INC., a California corporation, <br><br>　　　　　Plaintiff, <br><br> vs. <br><br> ALLSTATE ENGINEERING, a California corporation, WESTERN SURETY  COMPANY, a South Dakota corporation, <br><br>　　　　　Defendants. | CASE NO. CV13-01438-DDP <br><br> **ALLSTATE ENGINEERING'S OBJECTION TO JOAQUIN ANDRES ACOSTA'S UNTIMELY DESIGNATION OF EXPERT WITNESS PURSUANT TO FRCP 26(a)(2)(C)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant ALLSTATE ENGINEERING ("Allstate") hereby Objects to Plaintiff JOAQUIN ANDRES ACOSTA'S ("Acosta") Designation of Expert Witness for untimely filing and service, pursuant to FRCP 26(a)(2)(C). The deadline to Disclose Expert Designation was July 31, 2019. Acosta filed his Expert Designation on August 16, 2019 and served it on August 15, 2016. As a result, Acosta should be barred from using an expert witness at Trial.

Dated: September 3, 2019　　　　　　　　THE HOROWITZ LAW FIRM

　　　　　　　　　　　　　　　　　　　By: Jeffrey D. Horowitz, Esq.
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　ALLSTATE ENGINEERING

1

## PROOF OF SERVICE BY MAIL
### (1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA    )
                             )  ss:
COUNTY OF LOS ANGELES  )

     I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and not a party to the within entitled action; my business address is, 14156 Magnolia Boulevard, Suite 200, Sherman Oaks, CA 91423.

     I am familiar with the practice of this office whereby the mail is sealed, given the appropriate postage, and placed in a designated mail collection area. The mail is thereafter deposited in a United States mailbox at the close of each business day.

On September 3, 2019, I served the foregoing documents **ALLSTATE ENGINEERING'S OBJECTION TO JOAQUIN ANDRES ACOSTA'S UNTIMELY DESIGNATION OF EXPERT WITNESS PURSUANT TO FRCP 26(a)(2)(C)** on the parties by placing true copies thereof in a sealed envelope addressed as follows:

Joaquin Andres Acosta
P.O. Box 2889
Big Bear Lake, CA 92315
*Plaintiff and Counter-Defendant, In Pro Per*

Craig E. Guenther
BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
Orange, CA 92868-4733
Tel: (714) 480-8500; Fax: (714) 480-8533
*Attorney for Defendant Western Surety Company*

**(X)  (BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

**(X)  (BY ELECTRONIC SERVICE)** The above document was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

( )  (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee(s).

( )  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**(X)  (FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated:  September 3, 2019

                                    Marine Kaladjian

1

**PROOF OF SERVICE**