Jeffrey D. Horowitz, Esq. SBN 150012
**THE HOROWITZ LAW FIRM**
14156 Magnolia Boulevard, Suite 200
Sherman Oaks, CA 91423
(818) 907-8000 (telephone)
(818) 784-5406 (facsimile)
E-mail: jeff@jdhorowitzlaw.com

Attorney for Defendant, ALLSTATE ENGINEERING

Craig E. Guenther, Esq. SBN 126134
**BOOTH, MITCHEL & STRANGE, LLP**
701 South Parker Street, Suite 6500
Orange, CA 92868
(714) 480-8500 (telephone)
(714) 480-8533 (facsimile)
E-Mail: ceguenther@boothmitchel.com

Attorney for Defendant WESTERN SURETY COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of AJ ACOSTA COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE ENGINEERING, a California corporation, WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. **CV13-01438-DDP**<br><br>**NOTICE OF LODGING:**<br><br>**1. [PROPOSED] FINAL PRE-TRIAL CONFERENCE ORDER**<br><br>PRE-TRIAL CONF. : 10/21/2019<br>TRIAL : 10/29/2019<br><br>JUDGE: Hon. Dean D. Pregerson |

1

Please take notice that, Defendant and Counterclaimant ALLSTATE ENGINEERING and Defendant WESTERN SURETY COMPANY is lodging with this court the [Proposed] Final Pre-Trial Conference Order.

Dated: October 15, 2019

THE HOROWITZ LAW FIRM

By: Jeffrey D. Horowitz, Esq.
Attorney for Defendant and Counterclaimant
ALLSTATE ENGINEERING

Dated: October 15, 2019

BOOTH, MITCHEL & STRANGE, LLP

/S/ Craig E. Guenther
By: Craig E. Guenther, Esq.
Attorney for Defendant
WESTERN SURETY COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 15, 2019, a true and correct copy of the foregoing **NOTICE OF LODGING 1. [PROPOSED] FINAL PRE-TRIAL CONFERENCE ORDER** was served on all parties and counsel of record via CM/ECF.

Dated: October 15, 2019

By: Jeffrey D. Horowitz, Esq.
Attorney for Defendant and Counterclaimant
ALLSTATE ENGINEERING

## PROOF OF SERVICE BY MAIL
### (1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA       )
                          ) ss:
COUNTY OF LOS ANGELES     )

    I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and not a party to the within entitled action; my business address is, 14156 Magnolia Boulevard, Suite 200, Sherman Oaks, CA 91423.

    I am familiar with the practice of this office whereby the mail is sealed, given the appropriate postage, and placed in a designated mail collection area. The mail is thereafter deposited in a United States mailbox at the close of each business day.

    On October 15, 2019, I served the foregoing documents **NOTICE OF LODGING: 1. [PROPOSED] FINAL PRE-TRIAL CONFERENCE ORDER** on the parties by placing true copies thereof in a sealed envelope addressed as follows:

Joaquin Andres Acosta
P.O. Box 2889
Big Bear Lake, CA 92315
*Plaintiff and Counter-Defendant, In Pro Per*

Craig E. Guenther
BOOTH, MITCHEL & STRANGE LLP
701 South Parker Street, Suite 6500
Orange, CA 92868-4733
Tel: (714) 480-8500; Fax: (714) 480-8533
*Attorney for Defendant Western Surety Company*

**(X) (BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( ) (BY ELECTRONIC SERVICE) The above document was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

( ) (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee(s).

( ) (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: October 15, 2019

                                           Marine Kaladjian