Jeffrey D. Horowitz, Esq. SBN 150012
**THE HOROWITZ LAW FIRM**
14156 Magnolia Boulevard, Suite 200
Sherman Oaks, CA 91423
(818) 907-8000 (telephone)
(818) 784-5406 (facsimile)
E-mail: jeff@jdhorowitzlaw.com

Attorney for Defendant, ALLSTATE ENGINEERING

Craig E. Guenther, Esq. SBN 126134
**BOOTH, MITCHEL & STRANGE, LLP**
701 South Parker Street, Suite 6500
Orange, CA 92868
(714) 480-8500 (telephone)
(714) 480-8533 (facsimile)
E-Mail: ceguenther@boothmitchel.com

Attorney for Defendant WESTERN SURETY COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of AJ ACOSTA COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE ENGINEERING, a California corporation, WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. **CV13-01438-DDP**<br><br>**STATEMENT OF THE CASE BY ALLSTATE ENGINEERING AND WESTERN SURETY COMPANY**<br><br>PRE-TRIAL CONF. : 10/21/2019<br>TRIAL : 10/29/2019<br><br>JUDGE: Hon. Dean D. Pregerson |

1

**STATEMENT OF THE CASE**

Please take notice that, Defendant and Counterclaimant ALLSTATE ENGINEERING and Defendant WESTERN SURETY COMPANY provides the following Statement of the Case:

The Plaintiff is Joaquin Andres Acosta. The Defendants are Allstate Engineering and Western Surety Company. The Plaintiff Joaquin Andres Acosta is represented by attorney James Diefenbach. The Defendant Allstate Engineering is represented by attorney Jeffrey Horowitz. The Defendant Western Surety Company is represented by Craig Guenther.

This is a case about a subcontractor hired by a general contractor to do concrete crushing work on a United States military base.

The Attorneys for each of the parties will explain the facts and law relating to their positions in their opening statements and in their presentation of evidence.

Dated: October 18, 2019

THE HOROWITZ LAW FIRM

By: Jeffrey D. Horowitz, Esq.
Attorney for Defendant and Counterclaimant
ALLSTATE ENGINEERING

Dated: October 18, 2019

BOOTH, MITCHEL & STRANGE, LLP

/S/ Craig E. Guenther
By: Craig E. Guenther, Esq.
Attorney for Defendant
WESTERN SURETY COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 18, 2019, a true and correct copy of the foregoing **STATEMENT OF THE CASE BY ALLSTATE ENGINEERING AND WESTERN SURETY COMPANY** was served on all parties and counsel of record via CM/ECF.

Dated: October 18, 2019

By: Jeffrey D. Horowitz, Esq.
Attorney for Defendant and Counterclaimant
ALLSTATE ENGINEERING