## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:13-cv-01438-DDP-JC | Date | October 21, 2019 |
| Title | AJ Acosta Company Inc v. Allstate Engineering et al | | |

Present: The Honorable   DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| James C. Diefenbach | Jeffrey D. Horowitz |
| | Craig E. Guenther |

**Proceedings:**       Final Pretrial Conference

Case called; appearances made. Court and counsel confer as reflected on the record. Plaintiff retained new counsel. The court grants the parties' oral request to continue the trial and allow 45 days to pursue mediation. The court orders the parties to conduct mediation no later than December 5, 2019. The pretrial conference is continued to January 13, 2020 at 11:00 AM, the Jury Trial is continued to January 21, 2020 at 9:00 AM.

                                                                                    :        2

                                                    Initials of Preparer    PG