Jeffrey D. Horowitz, Esq. SBN 150012
**THE HOROWITZ LAW FIRM**
14156 Magnolia Boulevard, Suite 200
Sherman Oaks, CA 91423
(818) 907-8000 (telephone)
(818) 784-5406 (facsimile)
E-mail: jeff@jdhorowitzlaw.com

Attorney for Defendant and Counterclaimant,
ALLSTATE ENGINEERING

Craig E. Guenther, Esq. SBN 126134
**BOOTH, MITCHEL & STRANGE, LLP**
701 South Parker Street, Suite 6500
Orange, CA 92868
(714) 480-8500 (telephone)
(714) 480-8533 (facsimile)
E-Mail: ceguenther@boothmitchel.com

Attorney for Defendant WESTERN SURETY COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of AJ ACOSTA COMPANY, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>ALLSTATE ENGINEERING, a California corporation, WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants. | CASE NO. **CV13-01438-DDP**<br><br>**ALLSTATE ENGINEERING and WESTERN SURETY COMPANY'S AMENDED WITNESS LIST PURSUANT TO THE FRCP 26(a)(3) PRETRIAL DISCLOSURES**<br><br>Final Pre-Trial Conference: 1/13/20<br>Jury Trial Date: 1/21/20 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendant and Counterclaimant ALLSTATE ENGINEERING (hereafter "Allstate") and Defendant WESTERN SURETY COMPANY (hereafter "Western") hereby make the following disclosures:

## I. RULE 26(a)(3)(A)(i): IDENTIFICATION OF WITNESSES

### A. Witnesses Allstate and Western Expect to Present

Allstate and Western expect to call the following witnesses at trial:

1. Sean Lee
   1206 S. Alvarado St. Unit A
   Los Angeles, CA 90006
   Tel. 213-383-1968

2. Leonard Reyes
   3930 Carrick Street
   Riverside, CA 92505
   Tel. (951) 746-8653

3. David A. Stern
   13700 Marina Pointe Dr. #1509
   Venice, CA 90292
   Tel. (310) 560-8217

4. Rod Tompkins
   13240 Bel Air Dr.
   Auburn, CA 95603
   Tel. (530) 823-2220

5. Josh Choi
   1206 S. Alvarado St. Unit A
   Los Angeles, CA 90006
   Tel. (213) 383-1968

6. Kevin Hanson
   21433 Ambushers St.
   Diamond Bar, CA 91765
   Tel (949) 279-8483

2

ALLSTATE ENGINEERING and WESTERN SURETY COMPANY'S
AMENDED WITNESS LIST PURSUANT TO THE FRCP 26(a)(3) PRETRIAL DISCLOSURES

**B. Witnesses Allstate and Western May Call if the need arises**

1. Any and all witnesses identified by Plaintiff and Counter-Defendant Joaquin Andres Acosta.
2. Any and all witnesses called by Plaintiff and Counter-Defendant Joaquin Andres Acosta.
3. Any impeachment and rebuttal witnesses as necessary.
4. Any custodian of records necessary to authenticate documents.

II. **RULE 26(a)(3)(A)(ii): DEPOSITION DESIGNATIONS**

1. Allstate and Western intend to use the Deposition Transcript of Joaquin Andres Acosta taken on May 16, 2019.

Dated: December 23, 2019

**THE HOROWITZ LAW FIRM**

By: Jeffrey D. Horowitz, Esq.
Attorney for Defendant and Counterclaimant
ALLSTATE ENGINEERING

Dated: December 23, 2019

**BOOTH, MITCHEL & STRANGE, LLP**

/S/ Craig E. Guenther
By: Craig E. Guenther, Esq.
Attorney for Defendant
WESTERN SURETY COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 23, 2019, a true and correct copy of the foregoing **ALLSTATE ENGINEERING and WESTERN SURETY COMPANY'S AMENDED WITNESS LIST PURSUANT TO THE FRCP 26(a)(3) PRETRIAL DISCLOSURES** was served on all parties and counsel of record via CM/ECF.

Dated: December 23, 2019

_____
Marine Kaladjian

4

ALLSTATE ENGINEERING and WESTERN SURETY COMPANY'S
AMENDED WITNESS LIST PURSUANT TO THE FRCP 26(a)(3) PRETRIAL DISCLOSURES