James C. Diefenbach, State Bar No. 286177
DIEFENBACH LAW GROUP
11835 Carmel Mountain Road, Suite 1304-313
San Diego, California  92128
Telephone: (858) 524-4950
Facsimile: (866) 606-4703
Email: james@diefenbachlawgroup.com


Attorneys for Plaintiff and Counterdefendant
JOAQUIN ANDRES ACOSTA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of AJ ACOSTA COMPANY, INC., a California corporation,<br><br>      Plaintiffs,<br><br>   vs.<br><br>ALLSTATE ENGINEERING, a California corporation, WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>      Defendants. | Case No. 13-01438-DDP (Jcx)<br><br>JOAQUIN ANDRES ACOSTA'S WITNESS LIST<br><br><br>Pre-Trial Conf.: January 13, 2020<br>Trial Date:       January 21, 2020<br>Dept.              Court room 3, 2nd Floor<br>Judge:            Hon. Dean D. Pregerson |
| ALLSTATE ENGINEERING, a California corporation,<br><br>      Counterclaimant,<br><br>   v.<br><br>AJ ACOSTA COMPANY, INC., a California corporation,<br><br>      Counterdefendant. | |

-1-
PLAINTIFF JOAQUIN ANDRES ACOSTA'S WITNESS LIST

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant JOAQUIN ANDRES ACOSTA ("Acosta") on behalf of AJ AJ ACOSTA COMPANY, INC. hereby makes the following disclosures:

I. RULE 26(a)(3)(A)(i): IDENTIFICATION OF WITNESSES

A. <u>Witnesses Acosta Expects to Present</u>

1. Andy Acosta – Owner
   P.O. Box 2889
   Big Bear, CA 92315
   (909) 866-9634

2. Keith Elliott
   P.O. Box 2889
   Big Bear, CA 92315
   (909) 866-9634

3. Manual Soto
   P.O. Box 2889
   Big Bear, CA 92315
   (909) 866-9634

4. Roberto Soto
   P.O. Box 2889
   Big Bear, CA 92315
   (909) 866-9634

5. Jose Salazar
   P.O. Box 2889
   Big Bear, CA 92315
   (909) 866-9634

6. Josh Choi
   1206 S. Alverado Street #A
   Los Angeles, CA 90006
   (213) 383-1968

7. Dave Jordaan
   55 E. Yale Loop
   Irvine, CA 92604

```
 1                    (714)720-5472
 2          8. Leonard Reyes*
 3             1206 S. Alverado Street #A
               Los Angeles, CA 90006
 4             (213) 383-1968
 5
            9. Tom Bell*
 6             1206 S. Alverado Street #A
               Los Angeles, CA 90006
 7             (213) 383-1968
 8
            10. Sean Lee*
 9              1206 S. Alverado Street #A
                Los Angeles, CA 90006
10              (213) 383-1968
11
            11. Raymond Hagley*
12              1206 S. Alverado Street #A
                Los Angeles, CA 90006
13              (213) 383-1968
14
15
            12. Kevin Hanson*
16              21433 Ambushers Street.
                Diamond Bar, CA 91765
17              (949)279-8483
18
            13. Person Most Knowledgeable for Defendant Western Surety
19              Company*
20
            14. Jay Hawkins
21              U.S. Dept. of the Army Corps of Engineers
                915 Wilshire Blvd.
22              Los Angeles, CA 90053
                (805) 717-2789
23
24
            15. Harold Hartman*
25              U.S. Dept. of the Army Corps of Engineers
                915 Wilshire Blvd.
26              Los Angeles, CA 90053
                (805) 717-2789
27
28
```

-3-

PLAINTIFF JOAQUIN ANDRES ACOSTA'S WITNESS LIST

16. Mike Tomkinson
    680 North Cota Street
    Corona, CA 92880
    (951) 280-2445

Dated:  December 23, 2019

DIEFENBACH LAW GROUP

By  /s/ James C. Diefenbach
     James C. Diefenbach, Esq.
     Attorneys for Plaintiff and
     Counterdefendant
     Joaquin Andres Acosta

-4-
PLAINTIFF JOAQUIN ANDRES ACOSTA'S WITNESS LIST