James C. Diefenbach, State Bar No. 286177
DIEFENBACH LAW GROUP
11835 Carmel Mountain Road, Suite 1304-313
San Diego, California  92128
Telephone: (858) 524-4950
Facsimile: (866) 606-4703
Email: james@diefenbachlawgroup.com


Attorneys for Plaintiff and Counterdefendant
JOAQUIN ANDRES ACOSTA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of AJ ACOSTA COMPANY, INC., a California corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ALLSTATE ENGINEERING, a California corporation, WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>        Defendants. | Case No. 13-01438-DDP (Jcx)<br><br>[PROPOSED] JURY INSTRUCTIONS BY PLAINTIFF JOAQUIN ANDRES ACOSTA<br><br><br>Pre-Trial Conf.: January 13, 2020<br>Trial Date:        January 21, 2020<br>Dept.              Court room 3, 2nd Floor<br>Judge:            Hon. Dean D. Pregerson |
| ALLSTATE ENGINEERING, a California corporation,<br><br>        Counterclaimant,<br><br>    v.<br><br>AJ ACOSTA COMPANY, INC., a California corporation,<br><br>        Counterdefendant. | |

-1-

PLAINTIFF JOAQUIN ANDRES ACOSTA'S EXHIBIT LIST

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiff and Counterdefendant JOAQUIN ANDRES ACOSTA ("Acosta") on behalf of AJ AJ ACOSTA COMPANY, INC. hereby makes the following disclosures:

I.      RULE 26(a)(3)(A)(ii): IDENTIFICATION OF EXHIBITS

Acosta expects to offer or utilize the exhibits and/or documents identified in the accompanying Exhibit 1.

Acosta may offer if the need arises the exhibits and/or documents identified in the accompanying Exhibit 2.

Dated:  December 23, 2019                    DIEFENBACH LAW GROUP

                                             By __/s/ James C. Diefenbach_____
                                                James C. Diefenbach, Esq.
                                                Attorneys for Plaintiff and
                                                Counterdefendant Joaquin Andres
                                                Acosta

PLAINTIFF JOAQUIN ANDRES ACOSTA'S EXHIBIT LIST

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 23, 2019, a true and correct coyp of the foregoing **PLAINTIFF JOAQUIN ANDRES ACOSTA'S EXHIBIT LIST** was served on all parties and counsel of record via CM/ECF.

Dated:  December 23, 2019                    _/s/ James C. Diefenbach_

By: James C. Diefenbach, Esq.
Attorney for Plaintiff and
Counterdefendant
Joaquin Andres Acosta

**EXHIBIT 1**

**JOAQUIN ANDRES ACOSTA PRETRIAL DISCLOSURES PURSUANT TO FRCP 26(a)(3)**

| Exhibit No. | Description | Date ID | Date ADM |
|---|---|---|---|
| 1 | 11/07/2011 NTP- Letter | | |
| 2 | 01/23/2012 Email Schedule and schedule of Values | | |
| 3 | Prime Contract Between USACE and Allstate | | |
| 4 | 03/29/2012 Subcontract between AJ Acosta and Allstate | | |
| 5 | Acosta Change Order Request No. 3 – Cut & Cap Utilities | | |
| 6 | Acosta Change Order Request Dust Abatement | | |
| 7 | Acosta Change Order Request Fire Hydrant Extra Work | | |
| 8 | Acosta Change Order Request Verizon Telephone Lines | | |
| 9 | USACE RFP WC001, Concrete Processing | | |
| 10 | USACE RFP WC002, Suspension of Work | | |
| 11 | Allstate Engineering Purchase Order to AJ Acosta for Dust Abatement | | |
| 12 | Allstate RFP No. 2 to USACE for Work Suspension | | |
| 13 | 10.18.12 Acosta Letter to Allstate Regarding Non-Payment and Demobilization | | |
| 14 | 11.01.12 Allstate Termination Letter | | |
| 15 | Allstate Estimate to Complete Acosta Scope of Work | | |
| 16. | 11/02/2012 Letter from K. Calegari to J. Choi | | |
| 17. | 11/05/2012 Letter from K. Calegari to J. Choi | | |
| 18. | 08/18/2012 Meeting Minutes | | |
| 19. | Allstate Notice of Noncompliance No. 1 to Acosta | | |
| 20. | Allstate Notice of Noncompliance No. 2 to Acosta | | |
| 21. | Allstate Notice of Noncompliance No. 3 to Acosta | | |
| 22. | Allstate Notice of Noncompliance No. 4 to Acosta | | |
| 23. | 06/29/2012 Email from K. Hanson to D. Jordaan regarding Allstate COR No. 3 | | |

| 24. | 04/20/2012 K. Hanson letter to Acosta regarding suspension of work | | |
| 25. | Memorandum from Acosta to Allstate of Acosta Complaints and Responses from Allstate | | |
| 26. | Acosta Payment Request No. 1 | | |
| 27. | Acosta Payment Request No. 2 | | |
| 28. | Acosta Payment Request No. 3 | | |
| 29. | Acosta Payment Request No. 4 | | |
| 30. | Acosta Payment Request No. 5 | | |
| 31. | Allstate Response to Acosta Pay Request No. 6 | | |
| 32. | Allstate Subcontract Agreement with Rock Ranch | | |
| 33. | Allstate Subcontract Agreement with Allied Industries, Inc. | | |
| 34. | Allied Industries Subcontract Change Order No. 1 - $14,751.50 | | |
| 35. | Allied Industries Subcontract Change Order No. 3 | | |
| 36. | Allstate Chart Comparing Demolition Contracts | | |
| 37. | Payment Bond provided by Western Surety Company, Bond No. 58688801 | | |
| 38. | Allstate Daily Construction Logs | | |
| 39. | Acosta Daily Construction Logs | | |
| 40. | Allstate Payment Application No. 1 | | |
| 41. | Allstate Payment Application No. 2 | | |
| 42. | Allstate Payment Application No. 3 | | |
| 43. | Allstate Payment Application No. 4 | | |
| 44. | Allstate Payment Application No. 5 | | |
| 45. | Allstate Payment Application No. 6 | | |
| 46. | Allstate Payment Application No. 7 | | |
| 47. | Allstate Payment Application No. 8 | | |
| 48. | Allstate Payment Application No. 9 | | |
| 49. | Allstate Payment Application No. 10 | | |
| 50. | Allstate Payment Application No. 11 | | |
| 51. | Allstate Payment Application No. 12 | | |
| 52. | Allstate Payment Application No. 13 | | |
| 53. | Allstate Payment Application No. 14 | | |
| 54. | Allstate Payment Application No. 15 | | |
| 55. | Allstate Payment Application No. 16 | | |
| 56. | Allstate Payment Application No. 17 | | |
| 57. | Allstate Payment Application No. 18 | | |
| 58. | 05.17.2012 Email Chain from Dave Jordaan | | |
| 59. | 05.22.2012 Email from Dave Jordaan regarding | | |

| | | Payment Application No. 2 from Acosta | | |
|---|---|---|---|---|
| | 60. | 06.15.2012 Email Chain regarding payment issues between Dave Jordan and Acosta | | |
| | 61. | 06.15.2012 Email Chain regarding payment issues between Dave Jordan and Acosta | | |
| | 62. | 08.23.12 Email from D. Jordaan regarding SOV | | |
| | 63. | Allstate Payment Request – Contractor Requested Earnings – August 2012 and Spreadsheet (with highlights) | | |
| | 64. | Allstate Payment Request – Contractor Requested Earnings – October 2012 and Spreadsheet (with highlights) | | |
| | 65. | Corrected August and October Allstate Billing | | |
| | 66. | Comprehensive Map of Project Site | | |
| | 67. | Demonstrative Exhibit: Map of Project Site with Color Coding for work performed | | |
| | 68. | Demonstrative Exhibit: Excel Sheet of Plaintiff's Claim | | |
| | 69. | Backup Documentation regarding payments from Allstate to Acosta | | |
| | 70. | Demonstrative Exhibit – Timeline of Events | | |
| | 71. | Demonstrative Exhibit – Timeline of Payments | | |
| | 72. | Demonstrative Exhibit – Percentage Billing Comparison Charts | | |
| | 73. | 10.11.12 Email chain with M. Brodsky and D. Jordaan regarding Water Truck PO | | |
| | 74. | 10.11.12 Email from M. Brodsky regarding Unconditional Release | | |
| | 75. | 10.10.12 Email from S. Reyes regarding September Progress Billing | | |
| | 76. | 10.16.12 Email from D. Jordaan regarding September Progress Billing | | |
| | 77. | 9.10.12 Email chain from Mark Bayley regarding August 2012 Progress Payment | | |
| | 78. | 9.5.12 Email from D. Jordaan regarding SOV Revision and RFP 2 | | |
| | 79. | 9.5.12 Email from D. Jordaan regarding RFP 2 | | |
| | 80. | 8.31.12 Email Chain regarding VAFB Progress Payment | | |
| | 81. | 10.17.12 Email Chain from D. Jordaan regarding proposals for RFP 2 | | |

PLAINTIFF JOAQUIN ANDRES ACOSTA'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 82. | 08.27.12 Email from L. Reyes regarding Project status | | |
| 83. | 08.27.12 Email Chain from M. Brodsky regarding revised invoice and current payment application | | |
| 84. | Meeting Minutes #28 from August 23, 2012 | | |
| 85. | 08.24.12 Email from D. Jordaan regarding payment schedule | | |
| 86. | 08.22.12 Email from M. Brodsky regarding August Progress Payment | | |
| 87. | 09.29.12 Email chain from M. Brodsky Regarding Delay and Disruption | | |
| 88. | Photographs of Project Site | | |
| 89. | Receipt/Invoice for Purchase of Rock Crusher for RFP No. 2 | | |
| 90. | AJ Acosta Company, Inc. Prior Job History and Profit and Loss Statements | | |
| 91. | AJ Acosta Estimate for Project | | |
| 92. | AJ Acosta Lost Project Information and Backup | | |
| 93. | 01.15.13 Letter from K. Calegari to Western Surety Company regarding Payment Bond Claim | | |
| 94. | 11.13.19 Email from J. Choi regarding Response by Allstate | | |
| 95. | Reserved. | | |
| 96. | Reserved. | | |
| 97. | Reserved. | | |
| 98. | Reserved. | | |
| 99. | Reserved. | | |
| 100. | Reserved. | | |
| 101. | Reserved. | | |
| 102. | Reserved. | | |
| 103. | Reserved. | | |
| 104. | Reserved. | | |
| 105. | Reserved. | | |
| 106. | Reserved. | | |
| 107. | Reserved. | | |
| 108. | Reserved. | | |
| 109. | Reserved. | | |
| 110. | Reserved. | | |

PLAINTIFF JOAQUIN ANDRES ACOSTA'S EXHIBIT LIST

# **EXHIBIT 2**

Plaintiff Joaquin Andres Acosta may offer if the need arises the exhibits and/or documents identified on this list:

| Exhibit No. | Description | Date ID | Date ADM |
|---|---|---|---|
| 1 | Any and all exhibits identified by Defendants and Cross-Claimants. | | |
| 2 | Any and all exhibits called by Defendants and Cross-Claimants. | | |
| 3 | Plaintiff reserves the right to present rebuttal and/or impeachment exhibits not listed above. | | |
| 4 | Any documents and exhibits by custodian of records necessary to authenticate documents. | | |
| 5 | Plaintiff reserves its right to augment its Exhibit List. | | |