1   Jeffrey D. Horowitz, Esq. SBN 150012
    **THE HOROWITZ LAW FIRM**
2   14156 Magnolia Boulevard, Suite 200
    Sherman Oaks, CA 91423
3   (818) 907-8000 (telephone)
    (818) 784-5406 (facsimile)
4   E-mail: jeff@jdhorowitzlaw.com

5   Attorney for Defendant and Counterclaimant,
    ALLSTATE ENGINEERING

6

7   Craig E. Guenther, Esq. SBN 126134
    **BOOTH, MITCHEL & STRANGE, LLP**
8   701 South Parker Street, Suite 6500
    Orange, CA 92868
9   (714) 480-8500 (telephone)
    (714) 480-8533 (facsimile)
10  E-Mail: ceguenther@boothmitchel.com

11  Attorney for Defendant WESTERN SURETY COMPANY

12

13                **UNITED STATES DISTRICT COURT**

14                **CENTRAL DISTRICT OF CALIFORNIA**

15

16  UNITED STATES OF AMERICA, for the )   CASE NO. **CV13-01438-DDP**
17  use and benefit of AJ ACOSTA       )
    COMPANY, INC., a California        )   **ALLSTATE ENGINEERING
18  corporation,                       )   and WESTERN SURETY
                                        )   COMPANY'S AMENDED
19                                      )   EXHIBIT LIST PURSUANT TO
                                        )   THE FRCP 26(a)(3) PRETRIAL
20             Plaintiff,              )   DISCLOSURES**
21  vs.                                )   Final Pre-Trial Conference: 1/13/20
                                        )   Trial Date:            1/21/20
22  ALLSTATE ENGINEERING, a California )
23  corporation, WESTERN SURETY        )
    COMPANY, a South Dakota corporation,)
24                                      )
25             Defendants.             )
                                        )
26  _____ )

27

28          **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

                                    1
─────────────────────────────────────────────────────────
          ALLSTATE ENGINEERING and WESTERN SURETY COMPANY'S
    AMENDED EXHIBIT LIST PURSUANT TO THE FRCP 26(a)(3) PRETRIAL DISCLOSURES

1      Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendant

2 and Counterclaimant ALLSTATE ENGINEERING (hereafter "Allstate") and

3 Defendant WESTERN SURETY COMPANY (hereafter "Western") hereby make

4 the following disclosures:

5      **I.**      **RULE 26(a)(3)(A)(ii): IDENTIFICATION OF EXHIBITS**

6      Allstate and Western expect to offer or utilize the exhibits and/or documents

7 identified in the accompanying **Exhibit 1**.

8      Allstate and Western may offer if the need arises the exhibits and/or

9 documents identified in the accompanying **Exhibit 2**.

10

11

12

Dated: December 23, 2019      **THE HOROWITZ LAW FIRM**

13

14

By: Jeffrey D. Horowitz, Esq.
15 Attorney for Defendant and Counterclaimant
16 ALLSTATE ENGINEERING

17

18 Dated: December 23, 2019      **BOOTH, MITCHEL & STRANGE, LLP**

19

20 /S/ Craig E. Guenther
By: Craig E. Guenther, Esq.
21 Attorney for Defendant
WESTERN SURETY COMPANY
22

23

24

25

26

27

28

**ALLSTATE ENGINEERING and WESTERN SURETY COMPANY'S
AMENDED EXHIBIT LIST PURSUANT TO THE FRCP 26(a)(3) PRETRIAL DISCLOSURES**

**EXHIBIT 1**

**ALLSTATE ENGINEERING and WESTERN SURETY COMPANY'S
PRETRIAL DISCLOSURES PURSUANT TO FRCP 26(a)(3)**

| Exh. No. | Description | |
|---|---|---|
| 2000 | 11/07/2011      NTP-Letter      **NTP Letter | |
| 2001 | 01/10/2012      Email  RE: FW: East Housing Demo | |
| 2002 | 01/23/2012      Email  Schedule and schedule of Values | |
| 2003 | 02/03/2012      Email  FW: Contractor Safety Eval Check List and List of Proposed Subcontractors Submittal | |
| 2004 | 02/07/2012      Email  Equipment list of Vandenberg | |
| 2005 | 02/07/2012      Email  Fwd: FW: Certificate CRM:0020300 | |
| 2006 | 02/08/2012      Email  RE: Equipment list of Vandenberg | |
| 2007 | 02/13/2012      Daily Report   AJ Acosta Daily Report # 1 | |
| 2008 | 02/17/2012      Email  Fwd :Re: Vandenberg Demo Project – Subcontract Agreement Package | |
| 2009 | 02/22/2012      Email  RE: USACE Observation | |
| 2010 | 02/24/2012      Email  Fwd:Fwd: payroll Register | |
| 2011 | 02/27/2012      Email  Letter of Intent | |
| 2012 | 03/05/2012      Email  Proposed Schedule Value | |
| 2013 | 03/15/2012      Email  FW: Rock Crusher | |
| 2014 | 03/29/2012      Agreement A.J Acosta Subcontract Agreement | |
| 2015 | 03/31/2012      Payment Re-quest      Payment Request No.1 For the period (02/13-03/21) | |
| 2016 | 04/10/2012      Email  FW: East Housing Demo, crushing and burning concrete rubble | |
| 2017 | 04/18/2012      Email  RE: East Housing demo. site VAFB | |
| 2018 | 04/16/2012      Email  FW: East Housing Suspension and Other costs | |
| 2019 | 04/17/2012      Email  Demob Cost | |

| | | | |
|---|---|---|---|
| 2020 | 04/20/2012 | Email  FW: Suspension of Work, Demolition of East Housing Infrastructure | |
| 2021 | 04/20/2012 | Email  FW: Change Order 19 Apr 2012 | |
| 2022 | 04/23/2012 | Email  VdB East Housing Demo | |
| 2023 | 04/25/2012 | Email  RE: FW: East Housing Suspension and Other costs | |
| 2024 | 04/25/2012 | Email  RE: VdB East Housing Demo | |
| 2025 | 04/25/2012 | Email  RE: demob cost | |
| 2026 | 04/25/2012 | Invoice Invoice No. 2012-040 | |
| 2027 | 04/26/2012 | Email  Buried concrete 110 finished pads | |
| 2028 | 04/26/2012 | Email  RE:Fwd:RE: VdB East Housing Demo | |
| 2029 | 04/26/2012 | Email  East Housing Suspension and Other costs | |
| 2030 | 04/27/2012 | Email  FW: Suspension of Work | |
| 2031 | 04/30/2012 | Payment Request    Payment Request No.2 For the period (03/22-04/12) | |
| 2032 | 05/01/2012 | Email  Suspension of Work | |
| 2033 | 05/01/2012 | Email  RE: Suspension of Work | |
| 2034 | 05/04/2012 | Email  FW:A.J Acosta – CO proposal –Vandenberg | |
| 2035 | 05/08/2012 | Email  Vandenberg April 2012 billing AJ Acosta | |
| 2036 | 05/09/2012 | Email  FW: Vandenberg Demo Proj – Subcontract Package – AJ Acosta | |
| 2037 | 05/15/2012 | Email  Change order Request | |
| 2038 | 05/15/2012 | Email  Change order Request | |
| 2039 | 05/15/2012 | Change Order Request    Subcontractor Change Order Request No.3 | |
| 2040 | 05/15/2012 | Email  Change order Request | |
| 2041 | 05/15/2012 | Email  Change order #4 | |
| 2042 | 05/16/2012 | Email  RE: Change Request | |
| 2043 | 05/17/2012 | Notice of Non Compliance    Non Compliance #1 -10 pads oversize | |
| 2044 | 05/17/2012 | Email  RE: Notice of Non Compliance | |

| | | |
|---|---|---|
| 2045 | 05/22/2012 | Email  FW: Payment Request No.2 |
| 2046 | 05/22/2012 | Email  RE: Change Order Request # 3 status |
| 2047 | 05/27/2012 | Release   Release from Acosta about Heavy Equipment |
| 2048 | 06/03/2012 | Letter  **RFP, WC001, Concrete Processing, W9 12PI – 11- C- 0012 |
| 2049 | 06/03/2012 | Letter  **RFP, WC002, Suspension of work |
| 2050 | 06/15/2012 | Email  RE: T&M for Vandenberg |
| 2051 | 06/15/2012 | Email  RE: T&M for Vandenberg |
| 2052 | 06/15/2012 | Email  Vandenberg RFP |
| 2053 | 06/15/2012 | Email  RE: Vandenberg RFP |
| 2054 | 06/15/2012 | Email  Fwd: Vandenberg RFP |
| 2055 | 06/16/2012 | Email  RE: Vandenberg RFP |
| 2056 | 06/19/2013 | Email  Vandenberg RFP #2 |
| 2057 | 06/20/2012 | Email  RE: Give me a Call |
| 2058 | 06/20/2012 | Email  RE: FW: Change Order 19 Apr 2012 |
| 2059 | 06/20/2012 | Email  RE: FW: Change Order 19 Apr 2012 |
| 2060 | 06/21/2012 | Email  Fwd: RE:  Vandenberg RFP |
| 2061 | 06/21/2012 | Email  RE: Vandenberg RFP |
| 2062 | 06/21/2012 | Note   *Final VdB Demo RFP#1 Allstate Self Per-form |
| 2063 | 06/22/2012 | Email  Fwd: RE:  Vandenberg RFP |
| 2064 | 06/22/2012 | Email  RE: Vandenberg RFP #2 |
| 2065 | 06/22/2012 | Email  RE: Vandenberg RFP #2 |
| 2066 | 06/22/2012 | Email  RE: Vandenberg RFP #2 |
| 2067 | 06/22/2012 | Email  RE: Vandenberg RFP #2 – equipment rental rates |
| 2068 | 06/22/2012 | Email  RE: Vandenberg RFP #2 – equipment rental rates |
| 2069 | 06/22/2012 | Email  RE: Vandenberg RFP #2 – equipment rental rates |
| 2070 | 06/22/2012 | Email  RE: Vandenberg RFP #2 – equipment rental rates |
| 2071 | 06/22/2012 | Email  RE: Vandenberg RFP #2 – equipment rental rates |

| 2072 | 06/22/2012 | Email  FVandenberg Proj-RFP#2 WC0012 Rec-6 13 12 | |
|------|-----------|---------------------------------------------------------|---|
| 2073 | 06/23/2012 | Email  Allstate invoice #2012-086 | |
| 2074 | 06/27/2012 | Email  Change Order #3 | |
| 2075 | 06/27/2012 | Email  RE: Change Order #3 | |
| 2076 | 06/28/2012 | Email  Re: Change Order #3 | |
| 2077 | 06/28/2012 | Email  Re: Change Order #3 | |
| 2078 | 07/10/2012 | Email  Re: Change Order #3 | |
| 2079 | 08/06/2012 | E-mail Vandenberg_ Demo W912PL-11-B-0005-status update | |
| 2080 | 08/08/2012 | Email  RE: Vandenberg_ Demo W912PL-11-B-0005-status update | |
| 2081 | 08/09/2012 | Email  RE: Vandenberg_ Demo W912PL-11-B-0005-status update | |
| 2082 | 08/09/2012 | Email  RE: Vandenberg_ Demo W912PL-11-B-0005-status update | |
| 2083 | 08/09/2012 | E-mail RE: Vandenberg_ Demo W912PL-11-B-0005-status update | |
| 2084 | 08/10/2012 | E-mail FW: Demolish East Housing Infrastructure , Resumption of Work | |
| 2085 | 08/12/2012 | Note    *Demolish East Housing Infrastructure – Vandenberg RFP #1 | |
| 2086 | 08/13/2012 | E-mail Demo East Housing, Lifting Suspension of work | |
| 2087 | 08/15/2012 | E-mail RE: Phone Call | |
| 2088 | 08/16/2012 | E-mail RE: A.J Acosta 48 Hour Notice | |
| 2089 | 08/16/2012 | E-mail A.J Acosta 48 Hour Notice | |
| 2090 | 08/16/2012 | E-mail RE: A.J Acosta 48 Hour Notice | |
| 2091 | 08/17/2012 | E-mail RE: A.J Acosta 48 Hour Notice | |
| 2092 | 08/18/2012 | Meeting Minutes      Meeting Minutes hold on August 18th, 2012 with Allstate and AJ Acosta | |
| 2093 | 08/20/2012 | E-mail RE: East Housing Demo , Site VAFB | |
| 2094 | 08/23/2012 | Progress Payment      Progress Payment  No.3 as of 08/31/2012 | |
| 2095 | 08/23/2012 | E-mail Vandenberg Progress Payment Request for August 2012 | |

| | | | |
|---|---|---|---|
| 2096 | 08/23/2012 | E-mail VAFB Progress Payment 08222012 | |
| 2097 | 08/23/2012 | Invoice   Invoice No.2012-113 | |
| 2098 | 08/24/2012 | E-mail RE: Production at East Housing Demo. Site VAFB | |
| 2099 | 08/24/2012 | E-mail RE: Revised Invoices ao 08312012 – Water Truck PO | |
| 2100 | 08/27/2012 | E-mail Vandenberg Progress Payment Request for August 2012 | |
| 2101 | 08/27/2012 | E-mail Vandenberg : AJ Acosta Progress Payment #3 | |
| 2102 | 08/28/2012 | E-mail VAFB CO #3 Cut& Cap Utilities | |
| 2103 | 08/29/2012 | E-mail RFP # 2 | |
| 2104 | 09/05/2012 | E-mail Progress Payment 08312012 | |
| 2105 | 09/20/2012 | Invoice        *Prompt Payment Certification and Supporting Date For Contractor Payment Invoice # 9 | |
| 2106 | 10/10/2012 | Payment Request      Payment Request No.4 September 1st to September 30th | |
| 2107 | 10/10/2012 | E-mail Vandenberg : Acosta September Progress Billing | |
| 2108 | 10/11/2012 | E-mail Vandenberg :AJ Acosta – Non- Compliance :10 pads oversize concrete | |
| 2109 | 10/16/2012 | E-mail Progress Payment ao Sep 2012 | |
| 2110 | 10/16/2012 | Daily Report   Sub Contract Production Report- Latest AJ Acosta Daily Report | |
| 2111 | 10/19/2012 | E-mail RE: Allstate Delay and Distribution Demolition of East Housing Infrastructure VAFB CA | |
| 2112 | 10/19/2012 | Letter   *Response to A.J.Acosta Company | |
| 2113 | 10/23/2012 | Note    *Approved payments at date of termination of services | |
| 2114 | 10/24/2012 | Note    *Approved Acosta Request billing #10 | |
| 2115 | 10/30/2012 | Payment re-quest      Payment request No.5 | |
| 2116 | 10/31/2012 | Invoice*Prompt Payment Certification and Supporting Data for Con-tractor Payment Invoice#10 | |
| 2117 | 11/01/2012 | Letter  Termination Letter | |
| 2118 | 11/02/2012 | Fax     Termination Letter | |
| 2119 | 11/07/2012 | Notice of Non Compliance    *Non Compliance #2 – Concrete slabs | |

| 2120 | 11/07/2012 | Notice of Non Compliance   *Non Compliance #3 – Value Plastic | |
| 2121 | 11/12/2012 | note   *Scope of Work to Complete Acosta | |
| 2122 | 11/30/2012 | Email  RE: Revised RFP#2, East Housing Demo | |
| 2123 | 11/30/2012 | Letter  Status of payment about $55,797.58 | |
| 2124 | 12/05/2012 | Invoice   *Prompt Payment Certification And Supporting Data For Contractor Payment Invoice No. 11 | |
| 2125 | 12/13/2012 | Email  Revised RFP#2, East Housing Demo | |
| 2126 | 12/13/2012 | Meeting Minutes   Meeting Minutes #40 with Gov-ernment | |
| 2127 | 12/18/2012 | Notice to Contractor  **Notice to Contractor from AJ Acosta | |
| 2128 | 12/20/2012 | Agreement   Allied Subcontract Agreement | |
| 2129 | 01/18/2013 | Letter  Horowitz's Response to Calegari | |
| 2130 | 01/23/2013 | Note   *Plus earning for RFP#2 (Standing Time) as agreed with Government. | |
| 2131 | 01/28/2013 | Invoice*Prompt Payment Certification And Supporting Data For Contractor Payment Invoice No.12 | |
| 2132 | 02/21/2013 | Change Order  Allied Subcontractor Change Order No.1 | |
| 2133 | 02/21/2013 | Change Order  Allied Subcontractor Change Order No.3 | |
| 2134 | 02/27/2013 | Claim Notice   A.J.Acosta Claim Notice | |
| 2135 | 03/13/2013 | Claim Notice   Claim Notice Cover letter | |
| 2136 | 03/25/2013 | Note   *VdB Subcontractor Takeover Cost | |
| 2137 | 05/01/2013 | Email  RE: Vandenberg: Engineered fill COR#1 | |
| 2138 | 06/17/2013 | Notice of Non Compliance   *Non Compliance #4 – oversize buried | |
| 2139 | VdB Progress Billing #4 AJ Acosta | | |
| 2140 | Scope of Work to Complete Acosta's work | | |
| 2141 | AJ Acosta Progress Billing #8 Projected | | |
| 2142 | AJ Acosta Progress Billing #9 Approved | | |
| 2143 | Progress Billing #9 Approved – Prompt Payment Certification | | |

| 2144 | Backup documents and summary of the cost to correct and complete AJ Acosta's work. | |
|------|-----------------------------------------------------------------------------------|---|
| 2145 | Rod Tompkin's Expert Report | |
| 2146 | Job Site Photos | |
| 2147 | Invoices from AJ Acosta | |
| 2148 | Allstate Engineering's Contract with the United States re Demolish East Housing Infrastructure VAFB, CA | |
| 2149 | Contract Specification IFB No. W912PL-11-B-0005 | |
| 2150 | Backup documents showing amounts paid by Allstate Engineering to AJ Acosta | |
| 2151 | Deposition Transcript of Joaquin Andres Acosta taken on May 16, 2019. | |
| 2152 | David Stern's Expert Report | |
| 2153 | Time Table Spreadsheet | |
| 2154 | 05/31/2012     Army's Letter re Request for Detailed Price Proposal re Suspension of Work RFP #2 | |
| 2155 | 06/24/2013     Allstate's Price Proposal re VdB Demo RFP #2 | |
| 2156 | Allstate's Additional Price Proposal re VdB Demo RFP #2 | |
| 2157 | 09/28/2012     Govt.'s Modification #1 of Contract re Concrete Processing (2" minus) | |
| 2158 | 06/10/2013     Govt.'s  Modification #2 of Contract re Suspension of Work (standing time from 4/20/12 – 8/12/12) | |
| 2159 | 05/29/2012     Army's Letter re Detailed Price Proposal re crush concrete to 2" minus | |
| 2160 | 07/2012     Prompt Payment Certification & Supporting Data for Contractor Payment Invoice (Estimate No. 7) | |
| 2161 | 08/2012     Prompt Payment Certification & Supporting Data for Contractor Payment Invoice (Estimate No. 8) | |
| 2162 | 09/2012     Prompt Payment Certification & Supporting Data for Contractor Payment Invoice (Estimate No. 9) | |
| 2163 | 10/2012     Prompt Payment Certification & Supporting Data for Contractor Payment Invoice (Estimate No. 10) | |
| 2164 | 08/12/2012     Army's Letter Lifting of Suspension of Work | |
| 2165 | 04/20/2012     Suspension of Work Letter from Allstate to Acosta | |

7

| 2166 | 10/22/2012 | 48 Hours' Notice to Perform Letter from Allstate to Acosta | |
| 2167 | 10/18/2012 | Contractor Production Report | |
| 2168 | 10/22/2012 | Contractor Production Report | |

## EXHIBIT 2

## ALLSTATE ENGINEERING and WESTERN SURETY COMPANY'S PRETRIAL DISCLOSURES PURSUANT TO FRCP 26(a)(3)

Allstate Engineering and Western Surety Company may offer if the need arises the exhibits and/or documents identified on this list.

| | |
|---|---|
| 1. | Any and all exhibits identified by Plaintiff and Counter-Defendant Joaquin Andres Acosta |
| 2. | Any and all exhibits called by Plaintiff and Counter-Defendant Joaquin Andres Acosta. |
| 3. | Allstate and Western reserve the right to present rebuttal and/or impeachment exhibits not listed above. |
| 4. | Any documents and exhibits by custodian of records necessary to authenticate documents. |
| 5. | Allstate and Western reserve their right to augment their Exhibit List. |

1

## CERTIFICATE OF SERVICE

2

3        I HEREBY CERTIFY that, on December 23, 2019, a true and correct

4   copy of the foregoing  **ALLSTATE ENGINEERING and WESTERN**

5   **SURETY COMPANY'S AMENDED EXHIBIT LIST PURSUANT TO THE**

6   **FRCP 26(a)(3) PRETRIAL DISCLOSURES** was served on all parties and

7   counsel of record via CM/ECF.

8

9   Dated: December 23, 2019          _____

10                                                          Marine Kaladjian

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLSTATE ENGINEERING and WESTERN SURETY COMPANY'S
AMENDED EXHIBIT LIST PURSUANT TO THE FRCP 26(a)(3) PRETRIAL DISCLOSURES