# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:13-cv-01438-DDP-JC | Date | January 13, 2020 |
|---|---|---|---|
| Title | AJ Acosta Company Inc v. Allstate Engineering et al | | |

| Present: The Honorable | DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James C. Diefenbach | Jeffrey D. Horowitz |
| | Craig E. Guenther |

**Proceedings:**     Final Pretrial Conference

     Case called; appearances made. Court conducts the Final Pretrial Conference as reflected on the record.

     The Court and parties participate in a settlement conference. Additional, parties present via telephone, Plaintiff Joaquin Andres Acosta, and Defendant Allstate Engineering Representative, Josh Choi. The case settles and the terms of the settlement are placed on the record. The pretrial and trial dates are hereby vacated.

|  | : | FPTC 14 |
|---|---|---|
|  |  | Sett. Conf. 40 |

| Initials of Preparer | PG |
|---|---|